JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK NEVILLE, AS GUARDIAN AD LITEM FOR B.N., <br><br> Plaintiff, <br><br> v. <br><br> NEWHALL SCHOOL DISTRICT, <br><br> Defendants. | CASE NO. 2:22–cv–7822–JFW (AFMx) <br><br> **ORDER GRANTING  PLAINTIFF'S UNOPPOSED AMENDED MOTION FOR APPROVAL OF COMPROMISE OF A PENDING ACTION FOR MINOR B.N.** |

The Court, having considered Plaintiff's Unopposed Amended Motion for Approval of Compromise of a Pending Action for Minor B.N., rules as follows:

The motion is granted.  Plaintiff's portion of the settlement proceeds in the sum of $5,000.00 shall be put into a federally insured interest bearing joint blocked account that will be set up by Patrick Neville for B.N. and B.N.'s mother Viola Churchill subject to withdrawal only upon order of the court.   B.N. will get full ownership of the account upon turning age 18.

A certified or filed endorsed copy of this Order must be delivered to a manger at the financial institution where the funds are to be deposited and a receipt from the financial institution must be promptly filed with the court, acknowledging receipt of both the funds deposited and the order for deposit of funds.

Any petition for the withdrawal of funds deposited must comply with California Rules of Court, Rule 7.954.

IT IS SO ORDERED.

Dated:  August 21, 2023

_____
HONORABLE JOHN F. WALTER
U.S. DISTRICT COURT JUDGE